**Larken ALEXANDER, Plaintiff–Appellant,**

**v.**

**UAW, Defendant–Appellee.**

**No. 13–3526.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2014.

Filed: July 14, 2014.

Larken Alexander, Saint Louis, MO, pro se.

Sally Barker, Patrick Shinners, Schuchat & Cook, Saint Louis, MO, for Defendant–Appellee.

Before BYE, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Larken Alexander appeals the district court's [1] dismissal of his complaint asserting discrimination claims under Title VII of the Civil Rights Act of 1964 (Title VII) against his former union, United Auto Workers (UAW). Upon de novo review, we conclude that the district court did not err in granting UAW's motion to dismiss Alexander's complaint, based on his failure to file a timely discrimination charge with the Equal Employment Opportunity Commission (EEOC). *See* 42 U.S.C. § 2000e–5(e)(1) (under Title VII, EEOC charge must be filed within 180 days of when alleged unlawful employment practice occurred; 300–day filing period applies if person initially instituted state or local agency proceedings); *Nat'l R.R. Passenger Corp. v. Morgan,* 536 U.S. 101, 109–110, 122 S.Ct. 2061, 153 L.Ed.2d 106 (2002) (timely EEOC charge is mandatory). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.